UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| WILFORD WOODRUFF,<br><br>    Plaintiff,<br><br>v.<br><br>McARTHUR HOLMES, *Jail Administrator*; AL St. LAWRENCE, *Sheriff*; PRISON HEALTH SERVICES, INC.; J. SIMMONS, *Nurse*; LINDA POOLE, *Prior Health Services Administrator*; and JANE DOE, *Current Health Services Administrator*;<br><br>    Defendants. | Case No. CV407-174 |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 13 day of Feb., 2008.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA