# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| WILFORD WOODRUFF, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CV407-174 |
| MCARTHUR HOLMES, AL ST. LAWRENCE, PRISON HEALTH SERVICES, J. SIMMONS, LINDA POOLE, and JANE DOE, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## REPORT AND RECOMMENDATION

Defendant Prison Health Services and its employees have moved to dismiss this case because plaintiff has failed to advise the Court of his new address. The Clerk mailed two orders to plaintiff in early 2008. (Docs. 8, 9.) Both were returned as undeliverable. Plaintiff has apparently been released from confinement at the Chatham County Jail, but he has neglected to provide the Court with a current mailing address.

In an order dated November 26, 2007, plaintiff was apprised of his duty to keep the Court advised of his current address at all times during the

pendency of his suit. (Doc. 3.) He has clearly failed to do so. Without a current mailing address, the Court cannot move this case forward or even communicate with plaintiff. A court has the power to prune from its docket those cases that amount to no more than mere deadwood. Accordingly, plaintiff's complaint should be **DISMISSED** without prejudice for his failure to prosecute this action. L.R. 41(b); see Link v. Wabash Railroad Co., 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); Mingo v. Sugar Cane Growers Co-op, 864 F.2d 101, 102 (11th Cir. 1989); Jones v. Graham, 709 F.2d 1457, 1458 (11th Cir. 1983); Floyd v. United States, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED** this __12th__ day of May, 2008.

_/s/ G.R. Smith_
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA