IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

WILFORD WOODRUFF,
         Plaintiff,

V.

CASE NO: CV407-174

MCARTHUR HOLMES, AL ST. LAWRENCE,
PRISON HEALTH SERVICES, J. SIMMONS,
LINDA POOLE, and JANE DOE,
         Defendants.

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED**, this 9th day of July, 2008.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA